# Exhibit 6

**Exhibit 6**
**Exemplary Infringement Claim Chart for U.S. Patent No. 10,749,443**

This preliminary claim chart regarding Navitas's infringement is based on publicly available information known to Plaintiff Wolfspeed, Inc. ("Wolfspeed" or "Plaintiff") at this time.  The infringement allegations contained herein apply to each iteration of Navitas Semiconductor Corporation ("NSC"), Navitas Semiconductor Ireland, LLC ("NSI"), GeneSiC Semiconductor LLC ("GSS"), and Navitas Semiconductor USA, Inc. ("NSUSA") (together, "Navitas" or "Defendants") module products, such as SiCPAK™ Module G3F09MT12FB2, SiCPAK™ G modules, and SiCPAK™ F modules, that Navitas makes, uses, offers to sell, or sells in the United States.  Wolfspeed reserves the right to amend, supplement, and modify these contentions (and identification of specific accused products) as discovery progresses, including based on information and documents produced by Defendants.

Nothing herein should be construed as a claim construction position, an admission regarding the scope of any claim term, or a concession that any claim element is or is not met.  All claim construction positions are expressly reserved.  To the extent any claim limitation is not met literally by the accused products, Wolfspeed contends that such limitation is met under the doctrine of equivalents.  In such cases, the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed limitation.

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| [27pre] A power module, comprising: | To the extent the preamble is limiting, the Navitas SiCPAK™ Module G3F09MT12FB2 is a power module.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 is a Half-Bridge SiC Module (*i.e.*, a power module), as shown below. |

-1-

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| | |
| [27a] at least one power substrate; | The Navitas SiCPAK™ Module G3F09MT12FB2 has at least one power substrate.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has at least one power substrate, as shown below. |

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| |  |
| [27b] a housing arranged on the at least one power substrate; | The Navitas SiCPAK™ Module G3F09MT12FB2 has a housing arranged on the at least one power substrate.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a housing arranged on the at least one power substrate, as shown below. |
| [27c] a first terminal electrically connected to the at least one power substrate; | The Navitas SiCPAK™ Module G3F09MT12FB2 has a first terminal electrically connected to the at least one power substrate. |

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| | For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a first terminal electrically connected to the at least one power substrate, as shown below.<br><br> |
| [27d] a second terminal; | The Navitas SiCPAK™ Module G3F09MT12FB2 has a second terminal.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a second terminal, as shown below. |

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| | |
| [27e] a third terminal electrically connected to the at least one power substrate; and | The Navitas SiCPAK™ Module G3F09MT12FB2 has a third terminal electrically connected to the at least one power substrate.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a third terminal electrically connected to the at least one power substrate, as shown below. |

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| | |
| [27f] a plurality of power devices electrically connected to the at least one power substrate, | The Navitas SiCPAK™ Module G3F09MT12FB2 has a plurality of power devices electrically connected to the at least one power substrate.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a plurality of power devices electrically connected to the at least one power substrate, as shown below. |

| Claim 27 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| |  |
| [27g] wherein the power module is structured, arranged, and configured to reduce inductance, and wherein the inductance comprises a total stray inductance value of a critical power switching loop of the power module that comprises a range of 12 (nH) to 2 (nH). | The Navitas SiCPAK™ Module G3F09MT12FB2 has a power module that is structured, arranged, and configured to reduce inductance, and wherein the inductance comprises a total stray inductance value of a critical power switching loop of the power module that comprises a range of 12 (nH) to 2 (nH).<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a power module that is structured, arranged, and configured to reduce inductance, and wherein the inductance comprises a total stray inductance value of a critical power switching loop of the power module that comprises a range of 12 (nH) to 2 (nH), as shown below. |