# Exhibit 7

**Exhibit 7**
**Exemplary Infringement Claim Chart for U.S. Patent No. 11,888,392**

This preliminary claim chart regarding Navitas's infringement is based on publicly available information known to Plaintiff Wolfspeed, Inc. ("Wolfspeed" or "Plaintiff") at this time.  The infringement allegations contained herein apply to each iteration of Navitas Semiconductor Corporation ("NSC"), Navitas Semiconductor Ireland, LLC ("NSI"), GeneSiC Semiconductor LLC ("GSS"), and Navitas Semiconductor USA, Inc. ("NSUSA") (together, "Navitas" or "Defendants") module products, such as SiCPAK™ Module G3F09MT12FB2, SiCPAK™ G modules, and SiCPAK™ F modules, that Navitas makes, uses, offers to sell, or sells in the United States.  Wolfspeed reserves the right to amend, supplement, and modify these contentions (and identification of specific accused products) as discovery progresses, including based on information and documents produced by Defendants.

Nothing herein should be construed as a claim construction position, an admission regarding the scope of any claim term, or a concession that any claim element is or is not met.  All claim construction positions are expressly reserved.  To the extent any claim limitation is not met literally by the accused products, Wolfspeed contends that such limitation is met under the doctrine of equivalents.  In such cases, the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed limitation.

| Claim 1 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| [1pre] A power converter module comprising: | To the extent the preamble is limiting, the Navitas SiCPAK™ Module G3F09MT12FB2 is a power converter module.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 is a Half-Bridge SiC Module (*i.e.*, a power converter module), as shown below. |

| Claim 1 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| | |
| [1a] a housing; | The Navitas SiCPAK™ Module G3F09MT12FB2 has a housing.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a housing, as shown below.<br><br> |
| [1b] a substrate within the housing, the substrate comprising a base layer and a | The Navitas SiCPAK™ Module G3F09MT12FB2 has a substrate within the housing comprising a base layer and a conductive layer on a surface of the base layer. |

| Claim 1 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| conductive layer on a surface of the base layer; and | For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has a substrate (red arrow) within the housing, the substrate comprising a base layer (blue arrow) and a conductive layer (green arrow) on a surface of the base layer, as shown below.<br><br> |
| [1c] power converter circuitry on the substrate and comprising at least two silicon carbide switching components coupled to one another via the conductive layer; | The Navitas SiCPAK™ Module G3F09MT12FB2 has power converter circuitry on the substrate comprising at least two silicon carbide switching components coupled to one another via the conductive layer.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 has power converter circuitry (red arrow) on the substrate comprising at least two silicon carbide switching components (blue arrow) coupled to one another via the conductive layer, as shown below. |

| Claim 1 | Navitas SiCPAK™ Module G3F09MT12FB2 |
|---|---|
| |  |
| [1d] wherein the power converter module is devoid of a baseplate. | The Navitas SiCPAK™ Module G3F09MT12FB2 has a power converter module that is devoid of a baseplate.<br><br>For example, the Navitas SiCPAK™ Module G3F09MT12FB2 is devoid of a baseplate, as shown below. |