# Exhibit 8

**Exhibit 8**
**Exemplary Infringement Claim Chart for U.S. Patent No. 8,169,005**

This preliminary claim chart regarding Navitas's infringement is based on publicly available information known to Plaintiff Wolfspeed, Inc. ("Wolfspeed" or "Plaintiff") at this time. The infringement allegations contained herein apply to each iteration of Navitas Semiconductor Corporation ("NSC"), Navitas Semiconductor Ireland, LLC ("NSI"), GeneSiC Semiconductor LLC ("GSS"), and Navitas Semiconductor USA, Inc. ("NSUSA") (together, "Navitas" or "Defendants") GaN-based products, such as GaNFast® NV6115, GaNFast® NV6512C, GaNSlim™, GaNSafe® and GaN FET products, that Navitas makes, uses, offers to sell, or sells in the United States. Wolfspeed reserves the right to amend, supplement, and modify these contentions (and identification of specific accused products) as discovery progresses, including based on information and documents produced by Defendants.

Nothing herein should be construed as a claim construction position, an admission regarding the scope of any claim term, or a concession that any claim element is or is not met. All claim construction positions are expressly reserved. To the extent any claim limitation is not met literally by the accused products, Wolfspeed contends that such limitation is met under the doctrine of equivalents. In such cases, the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed limitation.

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
| [15pre] A transistor device, comprising: | To the extent the preamble is limiting, the Navitas GaNFast® NV6115 is a transistor device.<br><br>For example, the Navitas GaNFast® NV6115 is a transistor device, as shown below.<br><br> |

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
| | |
| [15a] a plurality of semiconductor layers including an active region; | The Navitas GaNFast® NV6115 has a plurality of semiconductor layers including an active region.<br><br>For example, the Navitas GaNFast® NV6115 has a plurality of semiconductor layers including an active region, as shown below.<br><br><br><br> |
| [15b] a source; | The Navitas GaNFast® NV6115 has a source.<br><br>For example, the Navitas GaNFast® NV6115 has a source, as shown below. |

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
| | |
| [15c] a drain; | The Navitas GaNFast® NV6115 has a drain.<br><br>For example, the Navitas GaNFast® NV6115 has a drain, as shown below.<br><br> |
| [15d] a gate structure electrically connected to said active region; | The Navitas GaNFast® NV6115 has a gate structure electrically connected to said active region.<br><br>For example, the Navitas GaNFast® NV6115 has a gate structure electrically connected to the active region, as shown below.<br><br> |

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
| |  |
| [15e] a plurality of field plates on said active region; | The Navitas GaNFast® NV6115 has a plurality of field plates on said active region.<br><br>For example, the Navitas GaNFast® NV6115 has a plurality of field plates on the active region, as shown below. |

-4-

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
| [15f] a plurality of insulating spacer layers, a first of said spacer layers interposed between a first of said field plates and said active region, others of said spacer layers disposed on said first field plate; | The Navitas GaNFast® NV6115 has a plurality of insulating spacer layers, a first of said spacer layers interposed between a first of said field plates and said active region, others of said spacer layers disposed on said first field plate.<br><br>For example, the Navitas GaNFast® NV6115 has a plurality of insulating spacer layers with a first spacer layer interposed between a first field plate and the active region, and others of said spacer layers disposed on said first field plate, as shown below.<br><br> |
| [15g] wherein said first spacer layer comprises an epitaxial material, said first of said field plates is integral to said gate and extends on said first spacer layer toward said source. | The Navitas GaNFast® NV6115 has at a first spacer layer that comprises an epitaxial material, said first of said field plates integral to said gate and extends on said first spacer layer toward said source.<br><br>For example, the Navitas GaNFast® NV6115 has a first spacer layer that comprises an epitaxial material, with the first field plate integral to the gate and extends on the first spacer layer toward the source, as shown below. |

| Claim 15 | Navitas GaNFast® NV6115 |
|---|---|
|  | |