# Exhibit 9

**Exhibit 9**
**Exemplary Infringement Claim Chart for U.S. Patent No. 10,998,418**

This preliminary claim chart regarding Navitas's infringement is based on publicly available information known to Plaintiff Wolfspeed, Inc. ("Wolfspeed" or "Plaintiff") at this time.  The infringement allegations contained herein apply to each iteration of Navitas Semiconductor Corporation ("NSC"), Navitas Semiconductor Ireland, LLC ("NSI"), GeneSiC Semiconductor LLC ("GSS"), and Navitas Semiconductor USA, Inc. ("NSUSA") (together, "Navitas" or "Defendants") SiC-based products, such as GeneSiC™ MOSFET G3F18MT12K, G3R12MT12K, G3R20MT17K, and G3R30MT12K, as well as the SiCPAK™ Module products such as the G3F09MT12FB2, SiCPAK™ G modules, and SiCPAK™ F modules that incorporate such MOSFET products, that Navitas makes, uses, offers to sell, or sells in the United States.  Wolfspeed reserves the right to amend, supplement, and modify these contentions (and identification of specific accused products) as discovery progresses, including based on information and documents produced by Defendants.

Nothing herein should be construed as a claim construction position, an admission regarding the scope of any claim term, or a concession that any claim element is or is not met.  All claim construction positions are expressly reserved.  To the extent any claim limitation is not met literally by the accused products, Wolfspeed contends that such limitation is met under the doctrine of equivalents.  In such cases, the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed limitation.

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| [1pre] A semiconductor device, comprising: | To the extent the preamble is limiting, the Navitas GeneSiC™ MOSFET G3F18MT12K is a semiconductor device.<br><br>For example, the Navitas GeneSiC™ MOSFET G3F18MT12K is a SiC MOSFET (*i.e.*, a semiconductor device), as shown below. |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| |  |
| [1a] a wide bandgap semiconductor layer structure; | The Navitas GeneSiC™ MOSFET G3F18MT12K has a wide bandgap semiconductor layer structure.<br><br>For example, the Navitas GeneSiC™ MOSFET G3F18MT12K has a wide bandgap semiconductor layer structure, as shown below. |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| |  |
| [1b] a gate electrode structure on an upper surface of the wide bandgap semiconductor layer structure, the gate electrode structure comprising a gate finger that is separated from the wide bandgap semiconductor layer | The Navitas GeneSiC™ MOSFET G3F18MT12K has a gate electrode structure on an upper surface of the wide bandgap semiconductor layer structure, the gate electrode structure comprising a gate finger separated from the wide bandgap semiconductor layer structure by a gate insulating finger having a substantially uniform thickness in a direction perpendicular to a plane defined by the upper surface of the wide bandgap semiconductor layer structure.<br><br>For example, the Navitas GeneSiC™ MOSFET G3F18MT12K has a gate electrode structure on an upper surface of the wide bandgap semiconductor layer structure with a gate finger separated from the |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| structure by a gate insulating finger that has a substantially uniform thickness in a direction that is perpendicular to a plane defined by the upper surface of the wide bandgap semiconductor layer structure; | layer structure by a gate insulating finger having a substantially uniform thickness perpendicular to a plane defined by the upper surface of the wide bandgap semiconductor layer structure, as shown below.<br><br><br><br>0.2 µm |
| [1c] an inter-metal dielectric pattern on the gate electrode structure, the inter-metal dielectric pattern including a non-reflowable dielectric | The Navitas GeneSiC™ MOSFET G3F18MT12K has an inter-metal dielectric pattern on the gate electrode structure, the inter-metal dielectric pattern including a non-reflowable dielectric material pattern and a reflowed dielectric material pattern. |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| material pattern and a reflowed dielectric material pattern; and | For example, the Navitas GeneSiC™ MOSFET G3F18MT12K has an inter-metal dielectric pattern on the gate electrode structure including a non-reflowable dielectric material pattern (red arrow) and a reflowed dielectric material pattern (blue arrow), as shown below.<br><br> |
| [1d] a source metallization structure on the inter-metal dielectric pattern, wherein the gate electrode structure is | The Navitas GeneSiC™ MOSFET G3F18MT12K has a source metallization structure on the inter-metal dielectric pattern, wherein the gate electrode structure is between the wide bandgap semiconductor layer structure and the inter-metal dielectric pattern, wherein the inter-metal dielectric pattern is between the gate electrode structure and the source metallization structure. |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| between the wide bandgap semiconductor layer structure and the inter-metal dielectric pattern, wherein the inter-metal dielectric pattern is between the gate electrode structure and the source metallization structure, and | For example, the Navitas GeneSiC™ MOSFET G3F18MT12K has a source metallization structure on the inter-metal dielectric pattern with the gate electrode structure between the wide bandgap semiconductor layer structure and the inter-metal dielectric pattern, the inter-metal dielectric pattern between the gate electrode structure and the source metallization structure, as shown below.<br><br> |

| Claim 1 | Navitas GeneSiC™ MOSFET G3F18MT12K |
|---|---|
| [1e] wherein a thickness of the reflowed dielectric material pattern above a center of the gate electrode structure is at least three times a thickness of the reflowed dielectric material pattern adjacent an upper side edge of the gate electrode structure. | The Navitas GeneSiC™ MOSFET G3F18MT12K has a thickness of the reflowed dielectric material pattern above a center of the gate electrode structure is at least three times a thickness of the reflowed dielectric material pattern adjacent an upper side edge of the gate electrode structure.<br><br>For example, the Navitas GeneSiC™ MOSFET G3F18MT12K has a thickness of the reflowed dielectric material pattern above a center of the gate electrode structure (red arrow) is at least three times a thickness of the reflowed dielectric material pattern adjacent an upper side edge of the gate electrode structure (blue arrow).<br><br> |