# Exhibit 10

**Exhibit 10**
**Exemplary Infringement Claim Chart for U.S. Patent No. 10,886,396**

This preliminary claim chart regarding Navitas's infringement is based on publicly available information known to Plaintiff Wolfspeed, Inc. ("Wolfspeed" or "Plaintiff") at this time. The infringement allegations contained herein apply to each iteration of Navitas Semiconductor Corporation ("NSC"), Navitas Semiconductor Ireland, LLC ("NSI"), GeneSiC Semiconductor LLC ("GSS"), and Navitas Semiconductor USA, Inc. ("NSUSA") (together, "Navitas" or "Defendants") trench-assisted SiC MOSFET products, such as GeneSiC™ MOSFET G3R30MT12K, G3R12MT12K, and G3R20MT17K, as well as the SiCPAK™ Module products such as the G3F09MT12FB2, SiCPAK™ G modules, and SiCPAK™ F modules that incorporate such MOSFET products, that Navitas makes, uses, offers to sell, or sells in the United States. Wolfspeed reserves the right to amend, supplement, and modify these contentions (and identification of specific accused products) as discovery progresses, including based on information and documents produced by Defendants.

Nothing herein should be construed as a claim construction position, an admission regarding the scope of any claim term, or a concession that any claim element is or is not met. All claim construction positions are expressly reserved. To the extent any claim limitation is not met literally by the accused products, Wolfspeed contends that such limitation is met under the doctrine of equivalents. In such cases, the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed limitation.

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| [17pre] A transistor device comprising: | To the extent the preamble is limiting, the Navitas GeneSiC™ MOSFET G3R30MT12K is a transistor device.<br><br>For example, the Navitas GeneSiC™ MOSFET G3R30MT12K is a SiC MOSFET (*i.e.*, a transistor device), as shown below. |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| |  |
| [17a] a substrate having a first conductivity type; | The Navitas GeneSiC™ MOSFET G3R30MT12K has a substrate having a first conductivity type.<br><br>For example, the Navitas GeneSiC™ MOSFET G3R30MT12K has a substrate having a first conductivity type, as shown below. |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| [17b] a drift layer on the substrate, the drift layer having the first conductivity type and a first doping concentration; | The Navitas GeneSiC™ MOSFET G3R30MT12K has a drift layer on the substrate, the drift layer having the first conductivity type and a first doping concentration.<br><br>For example, the Navitas GeneSiC™ MOSFET G3R30MT12K has a drift layer on the substrate having the first conductivity type and a first doping concentration, as shown below.<br><br> |
| [17c] a gate and a source; | The Navitas GeneSiC™ MOSFET G3R30MT12K has a gate and a source.<br><br>For example, the Navitas GeneSiC™ MOSFET G3R30MT12K has a gate (red arrow) and a source (blue arrow), as shown below. |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| |  |
| [17d] at least one source region having the first | The Navitas GeneSiC™ MOSFET G3R30MT12K has at least one source region having the first conductivity type within the transistor device. |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| conductivity type within the transistor device; and | For example, the Navitas GeneSiC™ MOSFET G3R30MT12K has at least one source region having the first conductivity type, as shown below.<br><br> |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
| [17e] at least one well region of a second conductivity type within the transistor device and adjacent to the at least one source region, the at least one well region having a recessed portion below the at least one source region and extending from the at least one well region by a depth sufficient to reduce an electrical field on a gate oxide on the gate, wherein the recessed portion of the at least one well region has a doping concentration that is less than a doping concentration of the at least one well region, and the at least one well region forms a trench in an upper surface of the transistor device, the trench extending to a trench depth that is less than a well region depth of the at least one well region and greater than a source region depth of the at least one source region. | The Navitas GeneSiC™ MOSFET G3R30MT12K has at least one well region of a second conductivity type within the transistor device and adjacent to the at least one source region, the at least one well region having a recessed portion below the at least one source region and extending from the at least one well region by a depth sufficient to reduce an electrical field on a gate oxide on the gate, wherein the recessed portion has a doping concentration less than the doping concentration of the at least one well region, and the at least one well region forms a trench in an upper surface of the transistor device extending to a trench depth less than the well region depth and greater than the source region depth.<br><br>For example, the Navitas GeneSiC™ MOSFET G3R30MT12K has at least one well region (green arrow) of a second conductivity type within the transistor device and adjacent to the at least one source region, the at least one well region having a recessed portion (red arrow) below the at least one source region and extending from the at least one well region by a depth sufficient to reduce an electrical field on a gate oxide on the gate, wherein the recessed portion has a doping concentration less than the doping concentration of the at least one well region, and the at least one well region forms a trench (blue arrow) in an upper surface of the transistor device extending to a trench depth less than the well region depth and greater than the source region depth, as shown below.<br><br> |

| Claim 17 | Navitas GeneSiC™ MOSFET G3R30MT12K |
|---|---|
|  |  |