IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WOLFSPEED,INC.,                                )
                                               )
                    Plaintiff,                 )
                                               )
     v.                                        )
                                               )   C.A. No. 26-818 (UNA)
NAVITAS SEMICONDUCTOR                          )
CORPORATION, NAVITAS                           )
SEMICONDUCTOR IRELAND, LLC;                    )
GENESIC SEMICONDUCTOR LLC; and                 )
NAVITAS SEMICONDUCTOR USA, INC.                )
                                               )
                    Defendants.

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for Defendants to move, answer, or otherwise respond to the Complaint (D.I. 1) is

extended to August 28, 2026.

ASHBY & GEDDES, P.A.                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Andrew C. Mayo                           /s/ Jennifer Ying

_____                  _____
Andrew C. Mayo (#5207)                       Jennifer Ying (#5550)
500 Delaware Avenue, 8th Floor               Anthony D. Raucci (#5948)
Wilmington, DE 19801                         1201 North Market Street
(302) 654-1888                               P.O. Box 1347
amayo@ashbygeddes.com                        Wilmington, DE  19899-1347
                                             (302) 658-9200
*Attorneys for Plaintiff Wolfspeed, Inc.*    jying@morrisnichols.com
                                             araucci@morrisnichols.com

                                             *Attorneys for Defendants*

July 14, 2026

2

SO ORDERED this _____ day of _____, 2026.

_____

UNITED STATES DISTRICT JUDGE