ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 24, 2026

The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Wolfspeed, Inc. v. Navitas Semiconductor Corporation, et al.,*
C.A. 26-818-GBW

Dear Judge Williams:

I write on behalf of the parties to submit an agreed upon scheduling order and ESI order, both attached hereto. For the scheduling order, the parties left blank the dates for the *Markman* hearing, the pretrial conference, and the trial, and respectfully request that the court provide those dates and enter the scheduling order.

Counsel are available if the Court has any questions.

Respectfully,

*/s/ Jeffrey J. Lyons*

Jeffrey J. Lyons (#6437)

JJL/nml
Attachments

cc: All counsel of record (via electronic mail; w/attachments)